IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Zyprexa and Seroquel Products Liability Litigation
                                                      /

**ORDER STAYING CASES PENDING DETERMINATIONS BY MDL PANEL**

Numerous actions involving Zyprexa and Seroquel products liability have been filed in this Court. Transfer determinations by the Judicial Panel on Multidistrict Litigation are pending as MDL-1596 and MDL-1769. Until those determinations are made, all of the following cases are **STAYED** and, accordingly, any deadlines or case management conferences in these cases are **VACATED**:

CV-06-01751-WHA, *Wilson v. Astrazeneca Pharmaceuticals, L.P., et al.*
CV-06-01764-WHA, *Modglin v. Astrazeneca Pharmaceuticals, L.P., et al.*
CV-06-01772-WHA, *Render v. Astrazeneca Pharmaceuticals, L.P., et al.*
CV-06-01825-WHA, *Wimley v. Eli Lilly and Company*
CV-06-01854-WHA, *Wardsworth v. Astrazeneca Pharmaceuticals, L.P., et al.*

**IT IS SO ORDERED.**

Dated: March 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE